UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONIA POWELL,<br><br>                Petitioner,<br><br>vs.<br><br>KING COUNTY; CENTRAL PUTGET SOUND REGIONAL TRANSIT AUTHORITY d/b/a SOUND TRANSIT; SECURITAS SECURITY SERVICES USA, INC. d/b/a SECURITAS; RICHARD SHIPLETT; DOE B. TOLEFREE; MARCUS SIGNURDSON; and ALEX QUIRIT,<br><br>                Respondents. | NO. 2:19-cv-00929-RSM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING RE: DEFENDANTS' MOTIONS TO DISMISS**<br><br>RENOTE ON MOTION CALENDAR May 8, 2020 |

Before the Court is a Joint Motion to Continue Hearing Re: Defendants' Motions to Dismiss (Dockets 23 and 24). Upon review of the Joint Motion and Court's General Order 2-20, ¶ 8, the record before the Court, and for good cause shown, it is hereby ORDERED that the Joint Motion to Continue Hearing to June 15, 2020 is GRANTED, and it is FURTHER ORDERED that any responses will be due on June 11, 2020, and any replies on June 15, 2020.

RE-NOTICE OF HEARING ON
DEFENDANTS' MOTION TO DISMISS    - 1 -
NO. 2:19-CV-00929

C19-929 powell-renote-order/040820 1052/7319-0017

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

DATED this 8th day of April, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BETTS, PATTERSON & MINES, P.S.

By *s/ S. Karen Bamberger*
S. Karen Bamberger, WSBA #18478
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101
206-292-9988
kbamberger@bpmlaw.com
*Attorneys for Defendants Securitas Security Services USA, Inc. d/b/a Securitas, Richard Shiplett, and B. Tolefree*

KING COUNTY PROSECUTORS OFFICE

By *s/ Ann M. Summers (with permission)*
Ann M. Summers, WSBA #21509
500 Fourth Avenue, Suite 900
Seattle, WA 98104
206-296-8820
Ann.summers@kingcounty.gov
*Attorneys for Defendants King County, Mark Sigurdson and Alex Quirit*

SONIA POWELL

By *s/ Sonia Powell (with permission)*
Sonia Powell, *Pro Se Plaintiff*
888 Main St.
New York NY 10044
424-272-1293
Sonia.powell@gmail.com

RE-NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS - 2 -
NO. 2:19-CV-00929

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

C19-929 powell-renote-order/040820 1052/7319-0017